## Bronx 1134 W. Farm Rd. LP v Arriaga

2024 NY Slip Op 33247(U)

September 17, 2024

Civil Court of the City of New York, Bronx County

Docket Number: Index No. LT-332414-23/BX

Judge: Rina Gurung

Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service.

This opinion is uncorrected and not selected for official publication.

This decision has been published at
2024 NY Slip Op 33222(U).